IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| DIANNE CURRIN, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>    Defendant. )<br>_____) | CIVIL NO. 3:14cv141 (JAG) |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on January 6, 2015 (ECF No. 18). The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) Plaintiff's Motion for Summary Judgment (ECF No. 14) and Motion for Remand (ECF No. 15) are DENIED.

(3) Defendant's Motion for Summary Judgment (ECF No. 17) is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to Plaintiff and all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 1/23/15

/s/ _____
John A. Gibney, Jr.
United States District Judge